UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MITCHELL, et al., ) | |
| ) | CASE NO. 1:12-cv-1907-LJO-SKO |
| Plaintiffs, ) | |
| v. ) | |
| MCKESSON CORPORATION, et al., ) | |
| Defendant. ) | |

**ORDER GRANTING JOINT MOTION TO DISMISS THE CLAIMS AGAINST QUALITEST PHARMACEUTICALS DEFENDANTS ONLY**

The Plaintiffs in the above-captioned action, and Defendants Endo Pharmaceuticals Holdings Inc.; Endo Pharmaceuticals Inc.; Generics International (US Parent), Inc.; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Vintage Pharmaceuticals, LLC; Brenn Distribution, Inc.

f/k/a Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Manufacturing, Inc. f/k/a Vintage Pharmaceuticals, Inc.[1] ("Qualitest Pharmaceuticals Defendants"), have jointly moved for an order of dismissal. Upon consideration of the joint motion, it is hereby

**ORDERED** as follows:

1. The joint motion is **GRANTED**.

2. The claims of the Plaintiffs named in Exhibit A shall be and hereby are dismissed with prejudice as to the Qualitest Pharmaceuticals Defendants.

3. The claims of the Plaintiffs named in Exhibit B hereto shall be and hereby are dismissed without prejudice for 90 days from the date of this Order, at which time the dismissal shall automatically convert to with prejudice under Federal Rule of Civil Procedure 54(b) without further order of the Court unless Plaintiffs shall refile in compliance with the terms and conditions specified below. Upon conversion of this dismissal to with prejudice, the Qualitest Pharmaceuticals Defendants may, at their option, move this Court for a written order confirming the dismissal of Plaintiffs' claims with prejudice, which motion Plaintiffs shall join and/or not oppose.

4. Between the date of this Order and 90 days from the date of this Order, Plaintiffs may refile their claims against the Qualitest Pharmaceuticals Defendants only if:

    a. such refiling is made in the United States District Court for the Eastern District of Kentucky;

---

[1] Brenn Distribution, Inc., Propst Distribution, Inc., Qualitest Pharmaceuticals, Inc., Brenn Manufacturing, Inc. and Vintage Pharmaceuticals, Inc. were erroneously named as individual defendants but have appeared in these cases as Brenn Distribution, Inc. f/k/a Propst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.; and Brenn Manufacturing, Inc. f/k/a Vintage Pharmaceuticals, Inc.

    b. such refiling alleges in the Complaint that the Plaintiff filled a prescription for a propoxyphene-containing medication attributable to the Qualitest Pharmaceuticals Defendants, identifies the date and pharmacy at which that prescription was filled, attaches as an exhibit all documentary evidence supporting that allegation, and produces evidence of a Contemporaneous Injury in accordance with and as defined in *Romo v. McKesson Corp.*, No. 2:15-0089, CMO 5, section II.A (E.D. Ky. [1/26/2016]); and

    c. the refiling Plaintiff's claims have not been released pursuant to the nationwide master settlement programs agreed to between Plaintiffs and the Qualitest Pharmaceuticals Defendants.

  5. For any complaint refiled pursuant to the terms of Paragraph 3 above, all defenses to which the Qualitest Pharmaceuticals Defendants were entitled as of the effective date of the original complaint in this action against the Qualitest Pharmaceuticals Defendants are preserved, except that any defense under the statutes of limitations and/or repose shall be evaluated as of the date of the filing of the original Complaint, rather than the date of any refiling pursuant to Paragraph 3 above.

  6. Each party will bear his, her, or its own fees and costs.

  7. This Order does not affect the claims of the Plaintiffs against any other Defendant.

IT IS SO ORDERED.

 Dated: **March 18, 2016**        /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE